```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
OUSSAMA EL OMARI,                    :
                                     :
                    Plaintiff,       :    20 Civ. 2601 (VM)
                                     :
    - against -                      :    ORDER
                                     :
JAMES E. D. BUCHANAN, et al.,        :
                                     :
                    Defendants.      :
-------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

The text of the June 1, 2020 ECF docket entries in this case indicates that the answers of defendants Andrew D. Frank, Dechert LLP, Amir Ali Handjani, and KARV Communications, Inc. are due on June 8, 2020. (See Dkt. Nos. 33-36.) However, those defendants' waivers of service and the plaintiff's June 1, 2020 status update reflect that the preceding defendants have until July 13, 2020 to respond to the amended complaint. (See Dkt. Nos. 33-37.) Accordingly, it is hereby ordered that defendants Andrew D. Frank, Dechert LLP, Amir Ali Handjani, and KARV Communications, Inc. respond to the amended complaint of plaintiff Oussama El Omari (Dkt. No. 31) by July 13, 2020.

**SO ORDERED.**

Dated:     New York, New York
           03 June 2020

_____
Victor Marrero
U.S.D.J.