

**ROYAL COURTS OF JUSTICE GROUP**
Queen's Bench Division
Foreign Process Section
Room E16
Royal Courts of Justice
Strand, London
WC2A 2LL

**DX** 44450 Strand

**T** 020 7947 7772
**E** ForeignProcess.RCJ@justice.gov.uk

www.justice.gov.uk

Scott M. Moore, Esq
Moore International Law PLLC,
45 Rockefeller Plaza, 20th Floor,
New York,
NY 10111,
United States

Date: 14-08-2020

Our ref: **QF-2020-009404**
Your ref: JAMES E. D. BUCHANAN

F.P ref: **QF-2020-009404**

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention

L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 03-08-2020**

**que le demande a ete executee**     **le (date)**

-at (place, street, number)    JAMES BUCHANAN

-a (localite, rue, numero)    Black Ven Farm, Down Street, Uckfield TN22 3EH

- in one of the following methods authorised by article 5:

-dans une des formes suivantes prevues a l'article 5:

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

selon les formes legales (article 5, alinea premier, lettre a)

| | |
|---|---|
| b) in accordance with the following particular method selon la forme particuliere suivante | The bailiff has stated that the documents were personally served on the addressee, James Buchanan at Black Ven Farm, Down Street, Uckfield, TN22 3EH. |

c) by delivery to the addressee, who accepted it voluntarily

par remise simple

The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:

- (identity and description of person)

- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)

- liens de parente de subordination ou autres avec

le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:

que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.

Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes

Documents returned

Pieces renvoyees

Done at London

fait a

in appropriate cases, documents

establishing the service:

the **14-08-2020**

le cas echeant, les documents

justicatifs de l'execution:

Signature and/or stamp:

Signature et/ou cachet:

