UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2020

OUSSAMA EL OMARI,

    Plaintiff(s),

- against -

JAMES E. D. BUCHANAN, et al,

    Defendant(s),

-----------------------------------------------------------X

20 Civ. 2601 (VM)

CLERK'S CERTIFICATE
OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 27, 2020 *an amended complaint having been filed on May 5, 2020,* with the filing of a summons and complaint, a copy of the summons and *amended* complaint was served on defendant INTELLIGENCE ONLINE by ~~personally~~ serving a copy of the summons and amended complaint on July 7, 2020 by *, and proof of service was therefore filed on August 20, 2020, Doc. #(s) 59.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

August 27, 2020

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

\* French Bailiffs, upon refusal of a person at the registered office of Intelligence Online, 75002 Paris, 142 Montmartre Street, France, to take a copy of the summons and amended complaint, a delivery notice was left at said address, and a Bailiff's Deed was issued and sent by letter to said address,

SDNY Web 3/2015