USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

OUSSAMA EL OMARI,

       Plaintiff,                         Case No.: 20-cv-2601 (VM)(DF)

  v.

JAMES E. D. BUCHANAN, et al,

       Defendants.

_____x

                           **DEFAULT JUDGMENT
AS TO DEFENDANT,
INTELLIGENCE ONLINE
(PROPOSED)**

       The Court has ordered that Plaintiff, Oussama El Omari recover from the Defendant,

Intelligence Online, an amount in a value to be determined at Inquest, which includes

prejudgment interest at a rate of 9%, plus post judgment interest at the rate of 9% per annum,

along with costs.

       This action was decided by Judge Victor Marrero as to Defendant Intelligence Online on

Plaintiff's application for default judgment as to Intelligence Online.

Dated: New York, New York
       October 13, 2020

                                       Victor Marrero
                                       U.S.D.J.