UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

OUSSAMA EL OMARI,

       Plaintiff,

  v.

JAMES E. D. BUCHANAN,
DECHERT LLP,
ANDREW D. FRANK,
a/k/a ANDREW D. SOLOMON,
NEIL GERRARD,
AMIR ALI HANDJANI,
a/k/a AMIRALI HANDJANI,
KARV COMMUNICATIONS, INC.,
INTELLIGENCE ONLINE, and
LONGVIEW PARTNERS (GUERNSEY) LTD,

       Defendants.

———————————————————————x

Case No.: 20-cv-2601 (VM)(DF)

**DECLARATION OF SCOTT M. MOORE IN OPPOSITION TO DEFENDANTS' RULE 12 MOTIONS TO DISMISS AND CONSOLIDATED BRIEF IN SUPPORT**

I, the undersigned, SCOTT M. MOORE, pursuant to 28 U.S.C. 1746, make the following declaration in opposition to the defendants' Rule 12 motions to dismiss, and state as follows:

1) I am a member of Moore International Law PLLC and represent the Plaintiffs in the above referenced action.

2) Annexed hereto are Plaintiffs' Exhibits numbered 1-24, and the documents therein are true copies of the stated documents and where the documents are public documents the Court is requested to take judicial notice of said documents.

WHEREFORE, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of March, 2021.

                                 /s/ Scott M. Moore
                                  Scott M. Moore