USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

# MOORE
## INTERNATIONAL LAW PLLC

**INTERNATIONAL LEGAL MATTERS**

WRITER: SCOTT MICHAEL MOORE
SMM@MILOPC.COM

**ROCKEFELLER CENTER**
**45 ROCKEFELLER PLAZA, 20TH FLOOR**
**NEW YORK, NEW YORK 10111 USA**
**TELEPHONE: + (212) 332-3474**
**FACSIMILE: + (212) 332-3475**
**WWW.MILOPC.COM**

LICENSED & ADMITTED
SUPREME COURT OF THE UNITED STATES OF AMERICA
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
U.S. COURT OF INTERNATIONAL TRADE
OTHER U.S. FEDERAL COURTS
STATES OF NEW YORK & MICHIGAN only
LONDON COURT OF INTERNATIONAL ARBITRATION

Via ECF

20 April 2021

Hon. Victor Marrero, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *El Omari v. Buchanan, et al*, 20-cv-2601 (S.D.N.Y.)

Dear Your Honor:

This letter is on behalf of the Plaintiff, Oussama El Omari, and is respectfully filed pursuant to Rule II (A) of Your Honor's Individual Practices, to request a pre-motion conference for Plaintiffs' intended motion to file a second amended complaint to add two new defendants, **Bluehawk C. I. Strategy Ltd** and **Guy Klisman,** and for leave to request the Clerk to issue a subpoena to Facebook, Inc. A proposed SAC, proposed summons, and a proposed subpoena are annexed hereto. Plaintiff respectfully requests this letter to be deemed a formal motion under Rule II(A)(2).

Plaintiff is mindful of the pending motions to dismiss, however the undersigned recently became aware of the identity of the previously unknown perpetrators who executed the "Samantha Alison" scheme described in Court IV (Computer Fraud and Abuse Act) of the Amended Complaint. The new Defendants are included in Count III (libel per se) and Count IV. Plaintiff respectfully requests leave to file the annexed proposed SAC pursuant to Fed. R. Civ. P. 15(a)(2).

**Proposed Second Amended Complaint**

The proposed SAC amends the caption, amends summary paragraph 1, adds the new party descriptions in paragraphs 13 and 14, and amends newly numbered paragraphs 152-154, to add **Bluehawk C. I. Strategy Ltd** and **Guy Klisman** as defendants and to describe the particulars. The same complaint exhibits 1 and 2 are annexed to the SAC. The new defendants are residents of Israel, a member of the Hague Convention, so there will be an expected delay of perhaps 6 months

20 April 2021

Page 2 of 2

**MOORE**
**INTERNATIONAL LAW PLLC**

to execute service after the proposed summons is issued. Although the new Defendants claim on their website, Bluehawk-ci.com, to have an office in New York and London, Plaintiff has been unable to identify a New York address and the new Defendants are not authorized by the State of New York to do business in New York. As described in the proposed SAC, the new Defendants have an Israeli government intelligence background and specialize in litigation support and public relations.

**Facebook subpoena**

Plaintiff is mindful that a discovery phase has not commenced, however Facebook is in possession and control of important technical evidence relating to **Bluehawk C. I. Strategy Ltd**, **Guy Klisman** and the "Samantha Alison" conduct, because Facebook took Account Integrity and Authentic Identity community standards enforcement action against the new Defendants, which is described in new SAC paragraph 152. Plaintiff believes time is of the essence to prevent spoliation of this technical evidence.

For the above reasons, Plaintiff respectfully requests the Court grant leave to file the proposed SAC, proposed summons, and the proposed subpoena to Facebook.

Respectfully submitted,

**MOORE INTERNATIONAL LAW PLLC**

BY:   /s/ Scott M. Moore

Scott Michael Moore
Attorney at Law
Counsel for Plaintiff, Oussama El Omari

Attachments
Cc: All Counsel of Record

The Defendants named in the Amended Complaint in the above-captioned matter are hereby directed to respond setting forth their position with respect to the requests herein by joint letter not to exceed three (3) pages on or before 4/23/21.

SO ORDERED.

4/21/2021

DATE



VICTOR MARRERO, U.S.D.J.