**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------X
OUSSAMA EL OMARI,              :
                  Plaintiff,   :
                               :         20 Civ. 2601(VM)
         -against-             :         ORDER
                               :
JAMES E. D. BUCHANAN, et al.,  :
                               :
                  Defendants.  :
------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On June 7, 2021, Defendants in the above captioned matter filed a notice of supplemental authority. (Dkt. No. 90.) Plaintiff is hereby directed to respond by letter not to exceed three (3) pages on or before June 10, 2021.

**SO ORDERED**:

Dated:   New York, New York
         June 8, 2021

_____
Victor Marrero
U.S.D.J.