**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
OUSSAMA EL OMARI,

                       Plaintiff,                    20 **CIVIL** 2601 (VM)

       -against-                       **JUDGMENT**

JAMES E. D. BUCHANAN, DECHERT LLP,
ANDREW D. FRANK, a/k/a ANDREW D.
SOLOMON, NEIL GERRARD, AMIR ALI
HANDJANI, a/k/a AMIRALI HANDJANI,
KARV COMMUNICATIONS, INC.,
INTELLIGENCE ONLINE, and LONGVIEW
PARTNERS (GUERNSEY) LTD.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 10, 2021, the motion from defendants James E. D. Buchanan, Dechert LLP, Andrew D. Frank, a/k/a Andrew D. Solomon, Neil Gerrard, Amir Ali Handjani, a/k/a Amirali Handjani, KARV Communications, Inc., and Longview Partners (Guernsey) Ltd., to dismiss the Amended Complaint of plaintiff Oussama El Omari (Dkt. No. 82) is **GRANTED**.

**Dated:** New York, New York
           December 10, 2021

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                                   **BY:**
                                                   **Deputy Clerk**