# EXHIBIT B

# Brogan, Aaron

| | |
|---|---|
| **From:** | O'Toole Jr., Patrick |
| **Sent:** | Tuesday, August 11, 2020 6:16 PM |
| **To:** | ChambersNYSDMarrero@nysd.uscourts.gov |
| **Cc:** | smm@milopc.com; Minga, Jay; Brogan, Aaron |
| **Subject:** | Oussama El Omari v. James E.D. Buchanan, et al. Case No. 1:20-cv-02601 (VM) |
| **Attachments:** | Longview Ltr Requesting Premotion Conference with Exhibits A & B (exec'd).pdf |

Dear Judge Marrero,

Attached is our letter requesting a pre-motion conference on Longview's proposed motion to dismiss the Plaintiff's Amended Complaint in the above-captioned matter. The attached encloses letters from Longview and Plaintiff previously exchanged in accordance with Individual Practice Rule II.B.2.

Regards,
Patrick J. O'Toole, Jr.



**Patrick J. O'Toole, Jr.**

Weil, Gotshal & Manges LLP
100 Federal Street, 34th Floor
Boston, MA 02110-1802
patrick.otoole@weil.com
+1 617 772 8365 Direct
+1 617 772 8333 Fax

1