UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022

OUSSAMA EL OMARI,

    *Plaintiff,*

v.

JAMES E. D. BUCHANAN, DECHERT LLP, ANDREW D. FRANK, a/k/a ANDREW D. SOLOMON, NEIL GERRARD, AMIR ALI HANDJANI, a/k/a AMIRALI HANDJANI, KARV COMMUNICATIONS, INC., INTELLIGENCE ONLINE, and LONGVIEW PARTNERS (GUERNSEY) LTD.,

    *Defendants.*

Civil Action No. 1:20-cv-02601 (VM)

**ORDER**

Upon the motion of Defendant Longview Partners (Guernsey) Ltd. ("Longview") to supplement the record, IT IS HEREBY:

ORDERED that, pursuant to Federal Rule of Appellate Procedure 10(e):

1.    The docket in this proceeding is supplemented to include the August 11, 2020 letter from counsel for Longview to the Court requesting a premotion conference (Dkt. No. 100-1), cited in the Court's Order filed February 9, 2021 (Dkt. No. 80) and the Decision and Order filed December 10, 2021 (Dkt. No. 95) as described in the February 11, 2022 Declaration of Jay R. Minga in support of Longview's Unopposed Motion to Supplement the Record on Appeal (the "Letter").

2.    The Clerk of the Court will certify and forward the Letter to the United States Court of Appeals for the Second Circuit, as a supplemental record on appeal, as authorized by Rule 10(e)(2) of the Federal Rules of Appellate Procedure.

**Dated:** February 14, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.